IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA PESHA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:25-cv-08395 |
| | ) |
| v. | ) Judge Jeremy C. Daniel |
| | ) |
| UNIVERSITY OF ILLINOIS CHICAGO, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

**NOW COMES** Plaintiff, LISA PESHA, by and through her counsel, and in support of her Motion for Voluntary Dismissal Pursuant to F.R.C.P. 41, states as follows:

1. The instant matter was filed on July 22, 2025; asserting violations of Title IX, 20 U.S.C. § 1681 et seq. by Plaintiff's employer. (Complaint [ECF No. 1]).

2. Since filing, Defendant Board of Trustees of the University of Illinois has filed a Motion to Dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b))(6). (Motion to Dismiss [ECF No. 19]). Defendant has filed no claims of its own.

3. This Court entered a briefing schedule on Defendant's Motion on November 12, 2025. (ECF No. 20).

4. Rather than brief Defendant's Motion, Plaintiff wishes to voluntarily dismiss her currently pending claim.

5. F.R.C.P. 41(a)(2) provides that an action may be dismissed at a plaintiff's request by court order on terms that the court considers proper.

1

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court enter an Order dismissing the instant matter; and for such other relief as this Court finds just and appropriate.

>Respectfully submitted,
>
>LISA PESHA
>
>By:   /s/ Jeffery R. Beck
>      One of her attorneys

Jeffery R. Beck
Brown, Udell, Pomerantz & Delrahim, Ltd.
180 N. LaSalle Street, Suite 2850
Chicago, Illinois 60601
Tel: (312) 475-9900
Fax: (312) 475-1188
jbeck@bupdlaw.com